IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:22-CV-123-KDB-DCK

| | |
|---|---|
| GUS L. SINGLETON, IV, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| AMERICAN MERCHANDISING SPECIALISTS, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) filed by Jeffrey L. Osterwise, concerning Alexandra K. Piazza, on November 4, 2022. Alexandra K. Piazza seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) is **GRANTED**. Alexandra K. Piazza is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: November 4, 2022

David C. Keesler
United States Magistrate Judge