IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:22-CV-123-KDB-DCK

| | |
|---|---|
| **GUS L. SINGLETON, IV,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| **AMERICAN MERCHANDISING** | ) |
| **SPECIALISTS, INC.,** | ) |
| | ) |
| **Defendant**. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 16) filed by Jeffrey L. Osterwise, concerning Michael J. Anderson, on December 7, 2022. Michael J. Anderson seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 16) is **GRANTED**. Michael J. Anderson is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: December 7, 2022

*/s/ David C. Keesler*
David C. Keesler
United States Magistrate Judge