IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:22-CV-123-KDB-DCK

| | |
|---|---|
| GUS L. SINGLETON, IV, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| AMERICAN MERCHANDISING ) | |
| SPECIALISTS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 67) filed by Local Counsel Jeffrey L. Osterwise on August 9, 2024.

Applicant Lane L. Vines seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 67) is **GRANTED**. Lane L. Vines is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: August 9, 2024

David C. Keesler
United States Magistrate Judge