IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| **GUS L. SINGLETON IV, individually and on behalf of all persons similarly situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**AMERICAN MERCHANDISING SPECIALISTS, INC.,**<br><br>**Defendant.** | Civil Action No.: 5:22-cv-00123-KDB-DCK |

## NOTICE OF WITHDRAWAL OF OPT-IN CONSENT FORMS

Pursuant to 29 U.S.C. § 216(b), Plaintiff Gus L. Singleton IV, individually and on behalf of all persons similarly situated, hereby withdraws the Opt-In Consent Forms on behalf of the following individual:

- William Patrick Hoffman (Dkt. No. 38-1)
- Phillip Boskie, Jr. (Dkt. No. 40-1)
- Jorge L. Fierro Dircio (Dkt. No. 50-1)
- Damien Carta (Dkt. No. 51-1)

Dated: August 16, 2024

Respectfully submitted,

 */s/ Camille Fundora Rodriguez*
Camille Fundora Rodriguez
Alexandra K. Piazza
Jeffrey L. Osterwise
Michael J. Anderson
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel.: (215) 875-3000
crodriguez@bm.net
apiazza@bm.net

josterwise@bm.net
manderson@bm.net

Mariyam Hussain, *Pro Hac Vice*
**BERGER MONTAGUE PC**
1720 W. Division Street
Chicago, IL 60622
Tel.: (773) 666-4316
mhussain@bm.net

*Attorneys for Plaintiffs and the Proposed Collective*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was caused to be served upon counsel for Defendant via the Court's ECF system on August 16, 2024.

*/s/ Camille Fundora Rodriguez*
Camille Fundora Rodriguez