UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT
OF NORTH CAROLINA
(Charlotte)
CERTIFICATION OF ADR SESSION

Gus L. Singleton, IV, et al,
    Plaintiffs,

v.                                       Case No: 5:22-CV-00123-KDB-DCK

American Merchandising Specialists, Inc.,
    Defendant.

Instructions: This certificate shall be filed by the mediator reporting the outcome of the mediated settlement conference.

\_\_\_\_\_The parties advised that the matter was resolved before mediation.

I hereby certify that the parties have held an Alternate Dispute Resolution session on

\_\_\_\_September 18, 2024_____.

The ADR session was:

\_x\_\_ Mediation Session

\_\_\_\_ Early Neutral Evaluation Session

\_\_\_\_ Settlement Officer

\_\_\_\_ Other (Describe type of session). _____

The following individuals, parties, corporate representatives, and or claims professionals attended and were available to participate in the session, and the appropriate individuals possessed the requisite settlement authority:

\_x\_\_ Representative individual party and his counsel.

\_x\_\_ Designated corporate representatives and counsel

\_\_\_\_ Required claims professionals were available by telephone

_____ Other (Describe). _____

The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or failed to participate as ordered:

_____

_____

The outcome of the ADR session was:

__ The case has been completely settled. Counsel will promptly notify the Court of settlement by the filing of a stipulation of dismissal signed by the parties subject to the finalizing of the required documents.

___ The case has been partially resolved. Counsel will file a joint stipulation regarding those claims which have been resolved within ten (10) days of the filing of this report. The report shall also contain a brief summary of the issues which remain for the Court to resolve.

_x_ The parties have reached an impasse.

I certify that the above is a true and accurate report of the ADR process and that all parties will receive an electronic copy of this report.

This the 18th day of September 2024.

M. Ann Anderson
Mediator


M. Ann Anderson
Attorney at Law
Mediator
State Bar No. 9677
PO Box 93
Pilot Mountain, NC 27041
336-368-9621