IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| **GUS L. SINGLETON IV, individually and on behalf of all persons similarly situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**AMERICAN MERCHANDISING SPECIALISTS, INC.,**<br><br>**Defendant.** | **Civil Action No.: 5:22-cv-00123-KDB-DCK** |

**PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF
FLSA COLLECTIVE ACTION SETTLEMENT AGREEMENT**

Plaintiff Gus L. Singleton IV, ("Plaintiff") on behalf of himself and all others similarly situated hereby moves this Court for entry of an Order approving the Parties' Settlement Agreement and Release ("Settlement Agreement") as a fair and reasonable resolution of a *bona fide* dispute over FLSA provisions. *Kirkpatrick v. Cardinal Innovations Healthcare Sols.*, 352 F. Supp. 3d 499, 502 (M.D.N.C. 2018) (citing *Lynn's Food Stores, Inc. v. U.S.*, 679 F.2d 1350, 1355 (11th Cir. 1982)). In support of this Motion, Plaintiff submits the accompanying Memorandum of Law, supporting declaration, and exhibits. The Parties' Settlement Agreement is attached as Exhibit A.

The Settlement resolves all of Plaintiff's and Collective Members' FLSA claims asserted in this collective action lawsuit against Defendant American Merchandising Specialists, Inc. ("Defendant" or "AMS") for a gross payment of Three Hundred and Twenty-Five Thousand Dollars ($325,000.00). The Settlement satisfies the criteria for approval of a collective action settlement under the FLSA because is a fair and reasonable resolution of a *bona fide* dispute that

was reached after contested litigation through arm's-length negotiations conducted by an experienced mediator, and it furthers the purposes of the FLSA by facilitating payment of unpaid overtime compensation to the Collective Members whose claims might otherwise be too small to be pursued individually.

Pursuant to LR 7.1(b), the Parties met and conferred regarding Plaintiff's Motion. Defendant does not oppose this Motion.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's Motion for Approval of FLSA Collective Action Settlement Agreement. A proposed order is attached for the Court's consideration.

Dated: December 16, 2024               Respectfully submitted,

**BERGER MONTAGUE PC**

*/s/ Camille Fundora Rodriguez*
Camille Fundora Rodriguez
Jeffrey L. Osterwise
Michael J. Anderson
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel.: (215) 875-3000
crodriguez@bm.net
josterwise@bm.net
manderson@bm.net

Alexandra K. Piazza
1001 G Street NW, Suite 400 East
Washington, D.C. 20001
Tel.: 215-875-3063
apiazza@bm.net

Mariyam Hussain
1720 W. Division Street
Chicago, IL 60622
Tel.: (773) 666-4316
mhussain@bm.net

*Attorneys for Plaintiff and Collective*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was caused to be served upon counsel for Defendant via the Court's ECF system on December 16, 2024.

*/s/ Camille Fundora Rodriguez*
Camille Fundora Rodriguez