IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:22-CV-00123-KDB-DCK

| | |
|---|---|
| **GUS L. SINGLETON IV,** individually and on behalf of all persons similarly situated, | |
| Plaintiff, | |
| v. | **ORDER APPROVING FLSA SETTLEMENT** |
| **AMERICAN MERCHANDISING SPECIALISTS, INC.,** | |
| Defendant. | |

**THIS MATTER** is before the Court on Plaintiff's unopposed Motion for Approval of FLSA Settlement Agreement (Doc. No. 74). The Court has carefully considered this motion, related briefs, and all supporting documents, including the Parties' Settlement Agreement and Release. For good cause shown, the Court will **GRANT** the motion.

**NOW THEREFORE IT IS ORDERED THAT:**

1. The Court finds the proposed settlement is a "fair and reasonable resolution of a *bona fide* dispute over FLSA provisions." *Lynn's Food Stores, Inc. v. U.S.*, 679 F.2d 1350, 1355 (11th Cir. 1982);

2. The settlement as set forth in the Settlement Agreement is approved, and the terms and obligations set forth in the Settlement Agreement are incorporated into this Order;

3. The agreed amount of compensation for wages, as set forth in the Settlement Agreement is approved and is to be paid to the Collective Members, consistent with

1

the amount, allocation, and manner as set out in the terms of the Settlement Agreement;

4. Having previously granted conditional certification (Doc. No. 37), the Court finds that the Collective Members may proceed as a collective pursuant to 29 U.S.C. § 216(b) for settlement purposes only;

5. Plaintiff Gus L. Singleton IV is approved as the representative of the Collective Members;

6. The proposed service award for Plaintiff Gus L. Singleton IV in the amount of $5,000 is approved for his efforts in prosecuting the action and for his broader general release of claims in favor of Defendant;

7. The agreed amount of $200,000.00 for attorney's fees, costs, and expenses, as set forth in the Settlement Agreement, is approved and is to be paid to Plaintiff's Counsel, consistent with the terms of the Settlement Agreement;

8. Atticus Administration LLC is approved as the Settlement Administrator, and settlement administration costs up to $5,000 to be paid out of the Gross Settlement Amount are approved;

9. The Collective Members' claims against Defendant American Merchandising Specialists, Inc., are dismissed with prejudice pursuant to the terms of the Settlement Agreement; and

10. This action is dismissed without prejudice as to any putative collective member who chose not to join this action or who, as an Opt-In member, fails to cash or deposit their Settlement Award;

11. The Court retains jurisdiction to oversee and enforce the Settlement Agreement;

and

12. The Clerk is directed to close this matter in accordance with this Order;

**SO ORDERED ADJUDGED AND DECREED**.

Signed: December 19, 2024

Kenneth D. Bell
United States District Judge